KIRKWOOD, Respondent, v. GEHRING, Appellant.

(Supreme Court, General Term, Second Department. May 14, 1894.)

Appeal from circuit court, Kings county.
Action by Jane Kirkwood against Frank Gehring.

Magner & Hughes (Thomas F. Magner, of counsel), for appellant.
Hurd & Grim (Wm. B. Hurd, Jr., of counsel), for respondent.

DYKMAN, J. This is an appeal from a judgment entered upon the decision of a judge after a trial before him without a jury. No case has been made, and the record contains no evidence except some exhibits. We can base our examination upon nothing but the findings of the judge, which we must assume are supported and justified by evidence, and upon that assumption they are sufficient to sustain the judgment. The judgment should be affirmed, with costs.

---

KUHNE, Respondent, v. GESCHEIDT et al., Appellants.

(Supreme Court, General Term, Second Department. May 14, 1894.)

Appeal from circuit court, Richmond county.
Action by Martha C. Kuhne against Charles A. Gescheidt and others.

H. M. Gescheidt, for appellants.
Theodore B. Gates, for respondent.

DYKMAN, J. This was an action upon a written instrument in the nature of a mortgage upon real property, containing an express covenant to pay. There was no question to submit to the jury, and the court properly directed a verdict in favor of the plaintiff. The judgment should be affirmed, with costs.

---

MARTIN et al. v. FREED.

(Supreme Court, General Term, Second Department. May 14, 1894.)

Action by George W. Martin and others against Samuel C. Freed.
Argued before BROWN, P. J., and DYKMAN and CULLEN, JJ.
No opinion. Judgment affirmed, with costs on opinion of Dykman, J., in Pitt v. Freed, 28 N. Y. Supp. 863.

---

MATHUSHEK PIANO MANUF'G CO. v. PEARCE.

(Supreme Court, General Term, Second Department. May 14, 1894.)

Action by the Mathushek Piano Manufacturing Company against James Pearce.
Argued before BROWN, P. J., and CULLEN, J.
No opinion. Order affirmed, with costs.

---

MITCHELL et al. v. ARCHER.

(Supreme Court, General Term, Second Department. May 14, 1894.)

Action by George A. Mitchell and others against Samuel Archer.
Argued before BROWN, P. J., and CULLEN, J.
No opinion. Judgment affirmed, with costs.